**Electronically Filed
Supreme Court
SCAD-19-0000586
05-DEC-2019
08:31 AM**

SCAD-19-0000586

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In re: LESLIE S. FUKUMOTO (Bar No. 2708)

ORIGINAL PROCEEDING

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the November 5, 2019 order to show cause issued upon Respondent Leslie Fukumoto, the proof of service of the order upon him submitted by the Office of Disciplinary Counsel (ODC), and the passage of the November 27, 2019 deadline set by operation of the order, proof of service, and Rule 26(c) of the Hawai'i Rules of Appellate Procedure, without a response by Respondent Fukumoto, and upon a review of the entire record,

IT IS HEREBY ORDERED that Respondent Fukumoto is suspended immediately from the practice of law, pursuant to Rule 2.20(e) of the Rules of the Supreme Court of the State of Hawai'i (RSCH) until the completion of the trusteeship over his law practice.

IT IS FURTHER ORDERED that ODC shall assist the Disciplinary Board in complying with the notice provisions of RSCH Rule 2.16(e), and the clerk of the court shall transmit copies of this order of suspension to all judges of the State of Hawaiʻi, pursuant to RSCH Rule 2.16(f).

DATED: Honolulu, Hawaiʻi, December 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

